# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFONSO PERCY PEW, ) | 1:16cv178 |
| ) | Electronic Mail |
| Plaintiff, ) | |
| ) | Judge David Stewart Cercone |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| DR. PAUL NOEL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Plaintiff, Alfonso Percy Pew ("Plaintiff"), initiated this action on July 12, 2016, with the filing of a civil rights complaint and a motion for leave to proceed *in forma pauperis* ("IFP"). (ECF No. 1.) On August 4, 2016, the case was assigned to United States Magistrate Judge Lisa Pupo Lenihan for review in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D.

On August 4, 2016, the Magistrate Judge issued a Report and Recommendation wherein she recommended Plaintiff's IFP motion be denied in accordance with 28 U.S.C. § 1915(g). (ECF No. 2.) The Magistrate Judge determined that Plaintiff had incurred three or more "strikes," and, therefore, pursuant to the dictates of 28 U.S.C. § 1915(g), he cannot proceed *in forma papueris*. She also determined that Plaintiff had not met the threshold showing of imminent danger of serious physical injury in order to avail himself of the "imminent danger" exception to § 1915(g). It was therefore recommended that this action be dismissed without prejudice and reopened when Plaintiff paid the full $400.00 filing fee. Id. Plaintiff was

informed that he had until August 22, 2016 to file objections to the Report and Recommendation, but, as of today, no objections have been filed. Therefore, upon an independent review of the record and consideration of the Magistrate Judge's Report and Recommendation, the following Order is entered.

AND NOW, this 30th day of August, 2016,

**IT IS HEREBY ORDERED** that Plaintiff's IFP motion (ECF No. 1) is hereby denied in accordance with 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that this case is dismissed without prejudice to Plaintiff's right to reopen it by paying the full $400.00 filing fee.

**IT IS FURTHER ORDERED** that the Magistrate Judge's Report and Recommendation (ECF No. 2) is adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

David Stewart Cercone
United States District Judge

cc: Alfonso Percy Pew
BT-7263
SCI Greene
175 Progress Drive
Waynesburg, PA 15370
(*Via First Class Mail*)